<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| PADDOCK LABORATORIES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 09-3779 (GEB) |
| ETHYPHARM S.A., LUPIN LIMITED, and LUPIN PHARMACEUTICALS, INC. | ) | **ORDER** |
| Defendants. | ) | |

<u>**BROWN, Chief Judge**</u>

This matter having come before the Court upon a motion to dismiss, filed by Defendants Ethypharm S.A., Lupin Limited, and Lupin Pharmaceuticals, Inc. (Doc. No. 98); and Plaintiff having opposed that motion (Doc. No. 104); and the Court having considered the parties' submissions; and the Court having decided the motion without oral argument pursuant to Federal Rule of Civil Procedure 78; and it appearing that confidentiality is necessary in the disposition of this case; and for the reasons set forth in the sealed memorandum opinion;

IT IS THIS 19th day of January, 2011; hereby

ORDERED that the memorandum opinion filed on January 18, 2011 (Doc. No. 137) and the order filed with it (Doc. No. 138) shall be SEALED; and it is further

ORDERED that Defendants' motion to dismiss (Doc. No. 98) is GRANTED without prejudice; and it is further

ORDERED that this disposition moots Plaintiff's motion for a stay (Doc. No. 128).

2

      /s/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR., U.S.D.J.