<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PADDOCK LABORATORIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 09-3779 (GEB) |
| ) | |
| ETHYPHARM S.A., LUPIN LIMITED, ) | |
| and LUPIN PHARMACEUTICALS, INC. ) | **ORDER** |
| ) | |
| Defendants. ) | |

<u>**BROWN, Chief Judge**</u>

This matter having come before the Court upon a request by Defendants Ethypharm S.A., Lupin Limited, and Lupin Pharmaceuticals, Inc. to unseal the Court's Opinion and Order (Doc. Nos. 137, 138); and Plaintiff having withdrawn its opposition to unsealing the documents;

IT IS THIS 25th day of January, 2011; hereby

ORDERED that the memorandum opinion filed on January 18, 2011 (Doc. No. 137) and the order filed with it (Doc. No. 138) shall be UNSEALED and made public; and it is further

ORDERED that the order filed with the opinion (Doc. No. 138) shall be the order that reflects the disposition of the motion and the position of the parties going forward.

    /s/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR., U.S.D.J.